| | | | |
|---|---|---|---|
| In the Interest of: H.J.L. ............... | 1381 MDA 2016 Affirmed | 12/22/2016 | 36–2016–0552 (Lancaster) |
| In re B.A.C.; Appeal of B.A.C. .......... | 1652 WDA 2015 Affirmed | 12/22/2016 | CP–25–JV–0000049– 2015 (Erie) |
| In re Estate of Orenak; Appeal of Ore- nak .............................. | 1830 WDA 2015 Affirmed | 12/22/2016 | 32–15–0019 (Indiana) |
| U.S. Bank National Assoc. v. McGow- an [22] ............................. | 1843 WDA 2015 Affirmed | 12/22/2016 | 3065 OF 2014 (Westmoreland) |
| Com. v. Carter [23] ..................... | 1964 WDA 2015 Affirmed | 12/22/2016 | CP–02–CR–0005907– 1997 CP–02–CR–0006285– 1997 (Allegheny) |
| Com. v. Sundo ....................... | 2015 WDA 2015 Affirmed | 12/22/2016 | CP–02–CR–0005101– 2015 (Allegheny) |
| Com. v. Rodgers ..................... | 2016 WDA 2015 Affirmed | 12/22/2016 | CP–02–CR–0011477– 2014 (Allegheny) |
| Com. v. Hall ......................... | 326 WDA 2016 Remanded Jurisdiction Retained | 12/22/2016 | CP–25–CR–0000864– 2015 (Erie) |
| Com. v. Straughters .................. | 387 WDA 2016 Vacated and Remanded | 12/22/2016 | CP–26–CR–0001771– 2011 (Fayette) |
| Burnett v. Janocha ................... | 390 WDA 2016 Affirmed | 12/22/2016 | FD 12–008436–006 (Allegheny) |
| Murray v. Warner ..................... | 523 WDA 2016 Appeal dismissed | 12/22/2016 | Case No. 848 Civil 2012 (Somerset) |
| McCall v. Thornton................... | 535 WDA 2016 Affirmed | 12/22/2016 | NS201301113/PASCES No. 486114105 (Erie) |
| Com. v. Cox ......................... | 1671 EDA 2015 Affirmed | 12/23/2016 | CP–51–CR–0231601– 1993 (Philadelphia) |
| Com. v. McNamee ................... | 2374 EDA 2015 Affirmed | 12/23/2016 | CP–51–CR–0003468– 2011 (Philadelphia) |
| Com. v. Cox ......................... | 3229 EDA 2015 Affirmed | 12/23/2016 | CP–51–CR–0622451– 1993 (Philadelphia) |
| Com. v. Davis........................ | 3440 EDA 2015 Affirmed | 12/23/2016 | CP–51–CR–0002581– 2015 (Philadelphia) |

**22.** Petition for reargument denied March 23, 2017.
**23.** Petition for reargument denied March 2, 2017.